Stephen J. Hill, USB 1493
shill@parrbrown.com
Kara M. Houck, USB 8815
khouck@parrbrown.com
**PARR BROWN GEE & LOVELESS, P.C.**
101 South 200 East
Salt Lake City, Utah  84111
Telephone: 801.532.7840
Facsimile: 801.532.7750

Attorneys for Belynda Lee

_____

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| USANA HEALTH SCIENCES, INC.,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>BELYNDA LEE,<br><br>    Defendant/Counterclaim-Plaintiff. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br>Case No.:  2:14-cv-541-PMW<br><br><br>Magistrate Judge Paul M. Warner |

The parties hereto having stipulated to voluntary dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that this lawsuit be and is dismissed in its entirely, with prejudice, including all claims in the complaint and the counterclaim, the respective parties to bear their own costs.

DATED this 20th day of January, 2015.

                              BY THE COURT:

                              _____
                              Paul M. Warner, U.S. Magistrate Judge